JOSEPH ARMSTRONG, Respondent, v. JOHN CAMPBELL, Appellant.—

Rabin, P. J., Munder, Latham, Christ and Brennan, JJ., concur.